# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| v. | on Rule 32.1 Hearing |
| **PAUL KOVACIK** | CASE NUMBER 25-mj-1816 |

HONORABLE NANCY JOSEPH, presiding  
Deputy Clerk: Ross M.  
Hearing Held: November 13, 2025 at 3:30 p.m.

Court Reporter: Liberty  
Hearing Began: 3:40 p.m.  
Hearing Ended: 3:52 p.m.

**Appearances:**
UNITED STATES OF AMERICA by: Zachary Corey
PAUL KOVACIK, in person, and by: Julie Linnen
U.S. PROBATION OFFICE by: Daniel Savasta
INTERPRETER: ☑ None ☐ Sworn

☐ CJA ☑ FDS ☐ RET

☑ Defendant advised of rights
☑ Defendant advised of alleged violation(s) of supervised release

☑ Defendant waives right to an identity hearing
☑ Court makes finding of identity

☑ Released on same conditions imposed in other district with additional condition to appear in District of Columbia District on a date and time to be set

Court ORDERS additional condition – Defendant to participate in mental health treatment.
Defendant to continue to follow all previous conditions imposed by charging court.
Defendant is released and shall report to the District of Columbia District at a time and date to be set by that Court.